UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

FILED
AUG 27 2012
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Nicholas Bargafi                                    276

_(Enter above the full name of the plaintiff_     _(Inmate Reg. # of each Plaintiff)_
_or plaintiffs in this action)._

**VERSUS**                     CIVIL ACTION NO. 5:12-4716
                               _(Number to be assigned by Court)_

warden fci Beckley, Joel Ziegler
ofc turner

_(Enter above the full name of the defendant_
_or defendants in this action)_

## COMPLAINT

I.  **Previous Lawsuits**

    A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        Yes  ✗    No _____

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

   Plaintiffs: 2241 Jail time Credit

   Defendants: Warden

2. Court (if federal court, name the district; if state court, name the county);

   Southern district West Virginia

3. Docket Number: N/A

4. Name of judge to whom case was assigned:

   N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   Still Pending

6. Approximate date of filing lawsuit: July 2012

7. Approximate date of disposition: N/A

2

II. Place of Present Confinement: FCI Beckley

    A. Is there a prisoner grievance procedure in this institution?

        Yes  X       No ____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ____      No  X

    C. If you answer is YES:

        1. What steps did you take? _____

        2. What was the result? _____

    D. If your answer is NO, explain why not: Staff is refusing access to adm'n Remedy Process

III. Parties

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Nicholas Barbati ~~Woody Jon ster~~

        Address: Po Box 350 Beaver WV 25813

    B. Additional Plaintiff(s) and Address(es): _____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C.  Defendant: ofc Turner

   is employed as: Correctional officer

   at FCI Beckley

D.  Additional defendants: Warden Joel Ziegler
   Psychology Dr Ann Elizabeth Card

## IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)



On 6/8 @ aprox 1500 - 1700 while house in Shu orange 10 cell I was told to cuff up "your getting a celly" I complied. Afterwards I was placed in Shu orange 4 cell. Some of my personal property was brought over. I my new celly uncuffed. there was aproximately 4 staff members standing outside my door. I Attempted to explain that I did not have my property. while explaining.

## IV. Statement of Claim (continued):

ofc turner said "for Im/Castillo to cuff up, & told me to give him the cuffs Imediatley after I was punched in the stomach by ofc turner with a close fisted punch. I imediatley surrendred the cuffs fearing for my Safety & well being. I informed senior staff of the incident afterwards. I have been suffering severe Mental duress & Anxiety Attacks when ever dealing w/ staff. Psychology, continues after numerious requests refuses to Provide access to Mental Health.

## V. Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

I am requesting a twice a week counseling session with an outside Psychologist related to the mental trauma suffered from this incident. & fa the Bop to provide Any perscriptions perscribed by said Physician. I am seeking in damages $20 million for the assault $25 million for Mental stress & Anxiety suffered $45 million for future stress that will be suffered any time I am hand cuffed, or dealing w/ staff. $3 million Judgement against Institional Psychology dept for refusing and continuing refusing access to Mental Health Services. $7 million Judgement against warden for not properly

5

V. **Relief (continued)):**

Screening Institutional Staff. For Hiring & actively employing a Staff member that would assault a defenseless Inmate that is actively restrained with handcuffs & Allowing Pschology to Show Blazen wanton disregard for my Mental Health & well Being.

**VII. Counsel**

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes _____ No ___X___

If so, state the name(s) and address(es) of each lawyer contacted:

_____

_____

If not, state your reasons: I am on phone & email restriction & housed in SHU (limited access to outside world.

C. Have you previously had a lawyer representing you in a civil action in this court?

Yes _____ No ___X___

If so, state the lawyer's name and address:

_____

_____

Signed this 22nd day of August, 2012.

_____ *(signature)* _____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 22nd 2012.
            (Date)

_____ *(signature)* _____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

Nicholas Barbati
27662-018
FCI Beckley
P. O. Box 350
Beaver, WV 25813

I am requesting the Appointment of Counsel with Case.

aar
August 22nd 2012

⇔27662-018⇔
Nicholas Barbati
Beckley 27662-018
P. O. Box 350
Federal Corr Inst
Beaver, WV 25813
United States

Clerk United States District Court
P.O. Drawer 5009
Beckley, West Virginia 25801

Special Mail

Thursday August 23, 2012
Special Mail