# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## BECKLEY DIVISION

NICHOLAS BARBATI,

    Plaintiff,

v.            CIVIL ACTION NO. 5:12-cv-04716

WARDEN, FCI BECKLEY JOEL ZIEGLER, et al.,

    Defendants.

## JUDGMENT ORDER

In accordance with the Memorandum Opinion and Order dismissing the Plaintiff's Complaint, the Court **ORDERS** that judgment be entered accordingly and that this case be **DISMISSED WITHOUT PREJUDICE** and **REMOVED** from the docket.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

        ENTER:    June 12, 2014

        IRENE C. BERGER
        UNITED STATES DISTRICT JUDGE
        SOUTHERN DISTRICT OF WEST VIRGINIA